**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:12-cv-00021 |
| | ) | |
| v. | ) | |
| | ) | |
| **NOKIA SIEMENS NETWORKS** | ) | **JURY TRIAL DEMANDED** |
| **US, LLC,** | ) | |
| **LIGHTSQUARED, INC.** and | ) | |
| **LIGHTSQUARED GP, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, ADAPTIX, Inc. ("ADAPTIX"), hereby voluntarily dismisses without prejudice this case and its complaint herein against all defendants.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as neither defendant has answered the complaint or filed a motion for summary judgment, ADAPTIX submits that this dismissal can be accomplished by the filing of this Notice of Dismissal and without the need for a stipulation or an Order of the Court. Accordingly, ADAPTIX notifies the Court and all defendants that this case has been dismissed without prejudice.

06018995

Date: June 5, 2012                         **ADAPTIX, INC.**

                                           By: /s/ Paul J. Hayes (w/permission Wesley Hill)
                                           Paul J. Hayes – LEAD ATTORNEY
                                           Dean G. Bostock
                                           **HAYES, BOSTOCK & CRONIN LLC**
                                           300 Brickstone Square, 9th Fl.
                                           Andover, Massachusetts 01810
                                           Tel: (978) 809-3850
                                           Fax: (978) 809-3869
                                           Email: phayes@hbcllc.com
                                           Email: dbostock@hbcllc.com

                                           T. John Ward, Jr.
                                           Texas State Bar. No. 00794818
                                           J. Wesley Hill
                                           Texas State Bar. No. 24032294
                                           **WARD & SMITH LAW FIRM**
                                           P.O. Box 1231
                                           Longview, Texas 75606
                                           Tel: (903) 757-6400
                                           Fax: (903) 757-2323
                                           Email: jw@wsfirm.com
                                           Email: wh@wsfirm.com

                                           **ATTORNEYS FOR THE PLAINTIFF
                                           ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.   Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 5th day of June, 2012.


/s/ Wesley Hill
Wesley Hill